basement and received the injuries complained of. The Appellate Division held that the evidence would have permitted the jury to find that the defendant adopted the runway as its own and permitted subsequent contractors to use it.

*F. A. W. Ireland* for appellant.

*Thomas J. O' Neill* and *Leonard F. Fish* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.

---

JOSEPH A. MARTIN, Respondent, *v.* ERIE RAILROAD COMPANY, Appellant.

*Negligence — railroads — automobile struck by train at railroad crossing.*

*Martin* v. *Erie R. R. Co.*, 206 App. Div. 767, affirmed.
(Argued June 2, 1924; decided July 5, 1924.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 11, 1923, unanimously affirming a judgment in favor of plaintiff entered upon a verdict. The action was brought to recover for personal injury and property damage sustained by plaintiff as the result of a collision between the locomotive of a passenger train of defendant and an automobile of the sedan type which was driven by plaintiff on December 3, 1920, over a highway crossing at grade at Washington avenue in the village of Suffern, New York. Plaintiff testified that as he approached the crossing he first looked to his right and seeing no train approaching he looked to his left. He then looked again to his right and saw the train fifty feet away at which time the front of his automobile was so near the main track that he was unable to stop at his speed of ten or twelve miles per hour, and, therefore, accelerated the speed of his automobile in an effort to pass in advance of the train.

*Elbert N. Oakes* for appellant.

*Morton Lexow* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Cardozo, Pound, McLaughlin, Crane, Andrews and Lehman, JJ.

---

The People of the State of New York, Respondent,
        *v.* Henry Eversman, Appellant.

*Crimes — rape in first degree — judgment of conviction affirmed.*

*People* v. *Eversman*, 206 App. Div. 604, affirmed.

(Submitted June 2, 1924; decided July 5, 1924.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 2, 1923, which affirmed a judgment of the Court of General Sessions of the Peace in the county of New York, rendered upon a verdict convicting the defendant of the crime of rape in the first degree.

*Charles W. Gould* for appellant.

*Joab H. Banton, District Attorney (Robert D. Petty* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: Hiscock, Ch. J., Cardozo, Pound, McLaughlin, Crane, Andrews and Lehman, JJ.

---

In the Matter of the Application of Edwin P. Kilroe, Appellant, for a Peremptory Order of Mandamus against Charles L. Craig, as Comptroller of the City of New York, Respondent.

*New York city — officers — mandamus to compel consideration by comptroller of claim for disbursements of public officer in defending himself against charges of misconduct in office — properly denied.*

*Matter of Kilroe* v. *Craig*, 208 App. Div. 93, affirmed.

(Argued June 3, 1924; decided July 5, 1924.)

Appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 8, 1924, which reversed an order of Special Term granting a motion for a peremptory order of